IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| DAVID WAYNE LEONARD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 23-CV-451-CDL |
| | ) |
| SCOTT WALTON, in his official capacity | ) |
| as Rogers County Sheriff, K. JONES, and | ) |
| TURN KEY HEALTH CLINICS, INC., | ) |
| | ) |
| Defendants. | ) |

**SUPPLEMENTAL CORPORATE DISCLOSURE STATEMENT BY
DEFENDANT TURN KEY HEALTH CLINICS, LLC**

Pursuant to the requirements of Fed. R. Civ. P. 7.1(b)(2), LCvR7.1.1, and the Minute Order entered herein on December 7, 2023 [Doc. 20], Turn Key Health Clinics, LLC,[1] a named Defendant in the above-styled cause, makes the following supplemental disclosure statement reflecting changes in previously disclosed information:

1. Turn Key Health Clinics, LLC is not a publicly held corporation or other publicly held entity.

2. TK Health Holdings, LLC (a Delaware limited liability company) and TCSCFI TK LLC (a Delaware limited liability company) are the parent companies of Turn Key Health Clinics, LLC.

3. TK Health Holdings, LLC and TCSCFI TK LLC are not publicly held corporations.

4. Turn Key Health Clinics, LLC is wholly-owned by TK Health Holdings, LLC.

---

[1] Turn Key Health Clinics, LLC, was incorrectly named in Plaintiff's Complaint as "Turn Key Health Clinics, Inc."

5. TK Health Holdings, LLC is wholly-owned by TCSCFI TK LLC.

6. TCSCFI TK LLC's members are (1) Trive Capital Small Cap Fund I LP, (2) Turn Key Holdings, LLC, and (3) TK Health Management, LLC.

7. No publicly held corporation or other publicly held entity owns 10% or more of Turn Key Health Clinics, LLC.

8. No publicly held corporation or other publicly held entity has a direct financial interest in the outcome of this litigation.

9. Turn Key Health Clinics, LLC has no subsidiaries.

10. Turn Key Health Clinics, LLC is not a trade association.

Furthermore, pursuant to the requirements of LCvR 7.1.1, Defendant Turn Key Health Clinics, LLC hereby discloses that TK Health Holdings, LLC is currently the only member of Turn Key Health Clinics, LLC.

Dated this 14th day of December, 2023.

Respectfully submitted,

s/ Timothy F. Campbell
Alexandra G. Ah Loy, OBA #31210
Timothy F. Campbell, OBA #30513
HALL BOOTH SMITH, P.C.
6301 Waterford Blvd, Suite 200
Oklahoma City, OK 73118
Telephone: (405) 513-7111
Facsimile: (405) 768-1414
allieahloy@hallboothsmith.com
tcampbell@hallboothsmith.com

*Attorneys for Defendant Turn Key Health Clinics, LLC*

## **CERTIFICATE OF SERVICE**

      This is to certify that on the 14th day of December, 2023, I electronically transmitted the above document to the Clerk of Court using the ECF System for filing. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the ECF registrants of record.

| | |
|---|---|
| Bryon D. Helm | bryonhelm@ssrok.com |
| Daniel E. Smolen | danielsmolen@ssrok.com |
| Robert M. Blakemore | bobblakemore@ssrok.com |
| Kasey K. Fagin | kfagin@bestsharp.com |
| Thomas A. LeBlanc | tleblanc@bestsharp.com |

      *s/Timothy F. Campbell*
      Timothy F. Campbell