## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| (1) David Wayne Leonard, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 23-CV-451-JFH-CDL |
| | ) | |
| (1) Scott Walton, in his official capacity | ) | |
| as Rogers County Sheriff, | ) | |
| (2) K. Jones, and | ) | |
| (3) Turn Key Health Clinics, Inc., | ) | |
| | ) | |
| Defendants. | ) | |

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. Rule 41(a)(1)(A)(ii), **IT IS HEREBY STIPULATED BY AND**

**BETWEEN** Plaintiff David Wayne Leonard and all Defendants who have appeared in this matter,

that Plaintiff's claims against Defendants are dismissed without prejudice. The parties shall bear

their own attorney fees and costs.


Approved and signed by:


 /s/Robert M. Blakemore
Daniel E. Smolen, OBA 19943
Robert M. Blakemore, OBA 18656
Bryon D. Helm, OBA 33003
**SMOLEN & ROYTMAN**
701 South Cincinnati Avenue
Tulsa, OK 74119
T: 918.585.2667
F: 918.585-2669
danielsmolen@ssrok.com
bobblakremore@ssrok.com
bryonhelm@ssrok.com

***Attorneys for Plaintiff***

1

/s/Thomas A. LeBlanc (signed with permission)
Thomas A. LeBlanc, OBA #14768
tleblanc@bestsharp.com
Kasey K. Fagin, OBA #34396
kfagin@bestsharp.com
Williams Center Tower 1
One West Third Street, Suite 900
Tulsa, OK 74103
Telephone: (918) 582-1234
Facsimile: (918) 585-9447

***Attorneys for Defendant,***
***Scott Walton, in his Official Capacity as***
***Rogers County Sheriff***


/s/Tomothy F. Campbell (signed with permission)
Alexandra G. Ah Loy, OBA #31210
Timothy F. Campbell, OBA #30513
HALL BOOTH SMITH, P.C.
6301 Waterford Blvd, Ste 200
Oklahoma City, OK 73118
Telephone: (405) 513-7111
Facsimile: (405)768-1414
allieahloy@hallboothsmith.com
tcampbell@hallboothsmith.com

***Attorneys for Defendant Turn Key Health***
***Clinics, LLC***